```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  7/12/24

            CENTRAL DISTRICT OF CALIFORNIA
            BY:      MR       DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>ERIK FLEMING,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>CR No.   2:24-cr-00417-AB<br><br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

```
                  LODGED
            CLERK, U.S. DISTRICT COURT

                 7/12/2024

            CENTRAL DISTRICT OF CALIFORNIA
            BY:      CDO      DEPUTY
```

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. SANGHA</u>, Case No. CR 24-000236-SPG and <u>United States v. IWAMASA</u>, 24-CR-408-JAK (Under Seal) which:

   <u>x</u>   the initial case was assigned to the Honorable Sherilyn Peace Garnett;

   _____   has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   <u>x</u>   the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

   _____   the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):  This case arises from the same investigation into the overdose death of Victim M.P. and arises "out of the same conspiracy, common scheme, transaction, series of transactions or events" as <u>United States v. Sangha</u>, CR 24-236-SPG and <u>United States v. IWAMASA</u>, 24-CR-408-JAK (Under Seal).

Dated: July 12, 2024

*/s/ Ian Yanniello*

IAN V. YANNIELLO
Assistant United States Attorney