JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY G. DOTSON
Assistant United States Attorney
Chief, Criminal Division
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section
HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorney
Corporate and Securities Fraud
Strike Force
1500/1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:      (213) 894-3667/0762
Facsimile:      (213) 894-0141
E-mail:   Ian.Yanniello@usdoj.gov
          Haoxiaohan.Cai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-417-SPG |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING HEARING DATE |
| v. | |
| ERIK FLEMING, | **[PROPOSED] SENTENCING DATE: 11/12/25 at 10:00 a.m.** |
| Defendant. | |

The Court has read and considered the Stipulation to Continue Sentencing Hearing for Defendant Erik FLEMING ("defendant").  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing.

//

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing for defendant, currently set for April 23, 2025, is continued to November 12, 2025 at 10:00 a.m.

IT IS SO ORDERED.

_____     _____
DATE                                HONORABLE SHERILYN PEACE GARNETT
                                    UNITED STATES DISTRICT JUDGE

Presented by:

*/s/*
_____
HAOXIAOHAN CAI
Assistant United States Attorney