# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIK FLEMING,

Defendant.

No. 2:24-CR-00417-SPG

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SENTENCING FROM APRIL 29, 2026 TO MAY 13, 2026

**[PROPOSED] SENTENCING DATE:**
      **05/13/26 at 10:00 a.m.**

The Court has read and considered the Stipulation to Continue Sentencing Hearing for Defendant Erik FLEMING ("defendant").  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing.

604493801

Case No.

The sentencing for defendant is hereby continued from April 29, 2026 to May 13, 2026.

IT IS SO ORDERED.

_____          _____
HON. SHERILYN PEACE GARNETT                DATED
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/ Jeff Chemerinsky
JEFF CHEMERINSKY

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SENTENCING
FROM APRIL 29, 2026 TO MAY 13, 2026